IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH KITCHEN                                              PLAINTIFF

v.                             No. 3:26-cv-74-DPM

GREENE COUNTY, District
Attorney                                                     DEFENDANT

## ORDER

1.      Responding to the Court's Order directing an amended complaint, Kitchen has filed a letter, *Doc. 6*.   He asks the Court to "zero out" his $745 in fines owed and release him from state custody based on claims of negligence against Greene County.   No other details are given.   The Court has looked but still can't find any record of Kitchen's Greene County case on the public docket.

2.      The Court cannot release Kitchen from his state custody under § 1983.   The remedy for a state prisoner seeking release is to file a federal habeas petition.   *Prieser v. Rodriguez*, 411 U.S. 475, 500 (1973). The Court directs the Clerk to send Kitchen a blank federal habeas petition.   To the extent Kitchen seeks money damages, his claim fails. Even if the Court could set aside his state court fines, Kitchen hasn't provided any facts that would support such relief.

3.      Kitchen's complaint will be dismissed without prejudice for failure to state a claim.   An *in forma pauperis* appeal from this Order an

accompanying Judgment will not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2026