## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

KENNETH KITCHEN                                    PLAINTIFF

v.                          No. 3:26-cv-74-DPM

GREENE COUNTY, District
Attorney                                           DEFENDANT

### JUDGMENT

Kitchen's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

30 June 2026